UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS RUIZ, | No. CV11-1906 EMC |
| Plaintiff, | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| WACHOVIA, et al., | |
| Defendants. | |

This case was set for hearing on January 6, 2012 for an Order to Show Cause why this case should not be dismissed for failure to prosecute and to comply with this Court's order. The Order to Show Cause was mailed to Plaintiff at his last known address on December 5, 2011. The mailing has not be returned. Plaintiff did not appear nor did he respond to this Court's order to show cause.

In view of Plaintiff's numerous non-appearances and failure to respond to or communicate with either defense counsel or the Court, the Court hereby dismisses the case without prejudice pursuant to Fed. R. Civ. P. 41(b).

This Order shall be served upon Plaintiff at his last known address.

Dated: January 6, 2012

_____
EDWARD M. CHEN
United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT<br>
FOR THE<br>
NORTHERN DISTRICT OF CALIFORNIA

JOSE LUIS RUIZ,

    Plaintiff,

  v.

WACHOVIA et al,

    Defendant.
                                     /

Case Number: CV11-01906 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Luis Ruiz
2119 - 34th Avenue
Oakland, CA 94601

Dated: January 6, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk